```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>          Plaintiff,<br><br>Vs.<br><br>Suds Machine, Inc., et al.,<br><br>          Defendants. | Case Number 19-6772 JSW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(Proposed)~~ ORDER |

Plaintiff Richard Sepulveda, and defendant Suds Machine, Inc. ("Defendant") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for Defendant Suds Machine, Inc. is William F. Burns), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by plaintiff, and defendant Suds Machine, Inc.

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all parties.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda                                                    1/2/2020

1  Law Offices of William F. Burns – By: William F. Burns /s/ William F. Burns
2  Attorney for defendant Suds Machine, Inc.                                              1/2/2020

### FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on January 2, 2020, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney William F. Burns, attorney for defendant Suds Machine, Inc. herein, in the filing of this document.

/s/ Richard A. Mac Bride
Richard A. Mac Bride

## [PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Suds Machine, Inc., et al., Case No. C-19-6772 JSW, is dismissed with prejudice with respect to all parties, with each party to bear his/her/its or its own attorney's fees and costs.

Date: January 6 2020

_____
Jeffrey S. White
United States District Judge